UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLT TECHNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>BROLECO WORLDWIDE, INC.,<br><br>      Defendant. | Case No.16-cv-02580-NC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff GLT Technovations filed a complaint on May 12, 2016. A case management conference is scheduled for August 10, 2016. Plaintiff has failed to (1) file proof of service; (2) consent or decline the jurisdiction of a magistrate judge; and (3) submit a case management statement. Thus, the Court ORDERS plaintiff to show cause by August 8, 2016, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 4, 2016  _____
                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge